# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED

03 JUN 17 PM 4: 1

**TAMERA BOGACKI,**

      Plaintiff,                        CASE NO.: 8:03-CV-1211-T-17MSS

vs.

**BUCCANEERS LIMITED
PARTNERSHIP,**

      Defendant.

_____/

## ANSWER

The Defendant, Buccaneers Limited Partnership, hereby answers the Complaint filed by the Plaintiff, Tamera Bogacki, and says:

1. Defendant admits the jurisdiction of the Court, but denies any allegation of wrongdoing, including the alleged non-payment of monies owed to the Plaintiff under the Fair Labor Standards Act, expressed or implied in paragraph one of the Complaint.

2. Defendant admits the jurisdiction of the Court.

3. Defendant admits that venue is appropriate in this Court, but denies any allegation of wrongdoing expressed or implied in paragraph three of the Complaint.

4. Defendant is without knowledge of the allegations contained in the first sentence of paragraph four of the Complaint. The Defendant admits all of the remaining allegations contained in paragraph four of the Complaint.

5. Defendant denies the allegations contained in paragraph five of the Complaint.

6. Defendant admits that the Plaintiff was terminated, but denies all other



allegations contained in paragraph six of the Complaint.

7. Defendant responds to paragraph seven of the Complaint by incorporating its responses to paragraphs one through six of the Complaint.

8. Defendant denies the allegations contained in paragraph eight of the Complaint, as stated.

9. Defendant admits the allegations contained in paragraph nine of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint.

12. Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant responds to paragraph 13 of the Complaint by incorporating the responses to paragraphs one through 12 of the Complaint.

14. Defendant admits the allegations contained in paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in paragraph 19 of the Complaint.

20. Defendant responds to paragraph 10 of the Complaint by incorporating its responses to paragraphs one through 19 of the Complaint.

21. Defendant admits the allegations contained in paragraph 21 of the Complaint.

22. Defendant denies the allegations contained in paragraph 22 of the Complaint.

23. Defendant denies the allegations contained in paragraph 23 of the Complaint.

24. Defendant denies the allegations contained in paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in paragraph 25 of the Complaint.

WHEREFORE, the Defendant prays that the Court dismiss the claims of the Plaintiff, and pursuant to Section 448.104, award to the Defendant its costs, including an attorneys fee for those costs and expenses incurred in defending the Plaintiff's claim.

Thomas M. Gonzalez
Florida Bar No. 192341
THOMPSON, SIZEMORE & GONZALEZ, P.A.
P.O. Box 639 (33601)
501 E. Kennedy Blvd., Suite 1400
Tampa, FL 33602
(813) 273-0050 - Telephone
(813) 273-0072 - Facsimile
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 17th day of June, 2003 to:

Ronald W. Fraley
The Fraley Firm, P.A.
501 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602

Attorney